AO 106A  (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT
for the
District of Kansas

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched*<br>*or identify the person by name and address)*<br><br>DNA SAMPLE BY MEANS OF A BUCCAL SWAB FROM<br>ISAAC VANO | )<br>)<br>)<br>)  Case No. 23-mj-08239-TJJ<br>)<br>)<br>) |

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

Isaac Vano

located in the _____ District of _____ KANSAS _____ , there is now concealed *(identify the person or describe the property to be seized)*:

Known DNA through the collection of a buccal swab

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☐ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 USC 922(g)(1)<br>18USC 924(a)(8) | felon in possession of a firearm |

The application is based on these facts:
SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

s/ Joshua Temple
*Applicant's signature*

Joshua Temple, ATF
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by

by telephone _____ *(specify reliable electronic means)*.

Date: _____ 12/11/2023 _____

City and state:  Kansas City, Kansas

*Judge's signature*

Hon. Teresa J. James
*Printed name and title*
